UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| **HARMON V. COOK, JR. & PAMELA COOK, Husband & Wife,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:13-cv-01189-JPG-DGW |
| **GREEN TREE SERVICING, LLC,** a Corporation, | ) ) ) ) | |
| Defendant. | ) | |

ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

    I hereby enter my appearance as counsel for **Green Tree Servicing LLC, incorrectly sued as Green Tree Servicing, LLC (no comma).**

DATED:    July 8, 2014

s/Scott J. Helfand
Signature

Scott J. Helfand
Name

Varga Berger Ledsky Hayes & Casey
125 South Wacker Drive
Suite 2150
Chicago, Illinois  60606-4473
Address

(312) 341-9400
Phone Number

(312) 419-0225
Fax Number

shelfand@vblhc.com
E-Mail Address

## CERTIFICATE OF SERVICE

Scott J. Helfand, an attorney, hereby certifies that a true and correct copy of the foregoing **Appearance** was served electronically via CM/ECF e-Filing upon:

Richard Steagall nicsteag@mtco.com

Donald K. Schoemaker dks@greensfelder.com

this 8th day of July, 2014.

s/Scott J. Helfand