IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HARMON V. COOK, JR. and
PAMELA COOK,

    Plaintiffs,

        v.

GREEN TREE SERVICING, LLC,

    Defendant.

Case No. 13-cv-1189 JPG/DGW

## **ORDER**

**GILBERT, Judge:**

    Having been advised by counsel for the parties that their claim has been settled but that additional time is needed to consummate the settlement, the Court **DIRECTS** the Clerk of Court to enter judgment of dismissal of that claim with prejudice and without costs 90 days from the date of this order.   Should the said parties fail to consummate settlement within 90 days, they may petition the Court to delay entry of judgment until a later date.   In light of the settlement, the Court **DENIES** all motions pending in this case **as moot** and **VACATES** all court dates in this case.

**IT IS SO ORDERED.**
**DATED: May 16, 2016**

                                *s/ J. Phil Gilbert*
                                **UNITED STATES DISTRICT JUDGE**