IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HARMON V. COOK, Jr., et al.,

Plaintiffs,

v.

GREEN TREE SERVICING, LLC,

Defendant.

Case No. 13-cv-1189 JPG/DGW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 18, 2016**          **JUSTINE FLANAGAN, Acting Clerk of Court**

*s/Tina Gray*
   **Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**